1   PHILLIP A. TALBERT
    United States Attorney
2   MATHEW W. PILE, WSBA 32245
    Associate General Counsel
3   Office of Program Litigation, Office 7
    ELIZABETH LANDGRAF, CSBN 313184
4   Special Assistant United States Attorney
            Social Security Administration
5           160 Spear Street, Suite 800
            San Francisco, CA 94105
6           Telephone: (510) 970-4828
            Facsimile: (415) 744-0134
7           Elizabeth.Landgraf@ssa.gov
    Attorneys for Defendant

8

9

10                     UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

14                                          No. 2:22-cv-00969-JDP

    JAYME ROMERO,
15
                Plaintiff,
16                                          CORRECTED JOINT MOTION AND
                                            PROPOSED ORDER FOR EXTENSION OF
17   v.                                     TIME TO FILE DEFENDANT'S RESPONSE TO
                                            PLAINTIFF'S MOTION FOR SUMMARY
18   KILOLO KIJAKAZI,                       JUDGMENT
     Acting Commissioner of Social Security,
19
                Defendant.
20

21

22          The parties stipulate through counsel that Defendant, the Acting Commissioner of Social

23   Security (the "Commissioner"), shall have a first extension of 45 days to respond to Plaintiff's

24   Motion for Summary Judgment ("Motion") (ECF No. 9), extending the date on which

25   Defendant's response is due from December 5, 2022 to January 19, 2023.

26          Defendant needs more time to respond to Plaintiff's Motion because the undersigned

27   attorney for Defendant currently has eight briefs due during the remainder of December, four of

28   which are due between December 5 (the current due date for Defendant's opposition in this case)

1    and December 9. In addition, the undersigned attorney for Defendant resolved seven district court

2    cases on the merits in the month of November and, accordingly, had insufficient time to devote to

3    the present case up to the current date. Therefore, the Commissioner respectfully requests an

4    extension of 45 days, until January 19, 2023, to respond to Plaintiff's Motion. Defendant

5    sincerely apologizes to Plaintiff, opposing counsel, and the Court for any inconvenience.

6           This request is made in good faith and is not intended to delay the proceedings in this

7    matter.

8

9                                          Respectfully submitted,

10   DATE: December 1, 2022              */s/ Francesco Benavides*
                                         FRANCESCO BENAVIDES
11                                       Attorney for Plaintiff
                                         (as approved via email)
12
                                         PHILLIP A. TALBERT
13                                       United States Attorney
                                         MATHEW W. PILE
14                                       Associate General Counsel
                                         Social Security Administration
15

16   DATE: December 1, 2022      By    */s/ Elizabeth Landgraf*
                                         ELIZABETH LANDGRAF
17                                       Special Assistant United States Attorney
                                         Attorneys for Defendant
18

19                                       **ORDER**

20          Pursuant to the parties' joint motion, IT IS SO ORDERED that Defendant shall have an

21   extension, up to and including January 19, 2023, to file a cross-motion for summary judgment.
     IT IS SO ORDERED.
22

23
     Dated:    December 2, 2022      _____
24                                       JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28
     2:22-cv-00969-JDP                              2